IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.                                                                    CRIMINAL ACTION NO. 3:10-00224-02

ALONZO RICHARD DIXON
    also known as "Zo"

**MEMORANDUM OPINION AND ORDER**

Pending before the Court is Defendant Alonzo Richard Dixon's renewed *pro se* Motion for Compassionate Release (ECF No. 218). Pursuant to Court Order (ECF No. 219), the United States filed its response and Defendant's supplemental medical records under seal (ECF No. 220).

In his motion, Dixon asserts that there are extraordinary and compelling reasons for release because there has been an outbreak of COVID-19 at FCI Butner Medium II. The BOP is currently reporting that 119 inmates and 8 staff members have active cases at the facility.[1] Dixon further claims that he has an increased risk of serious complications if he contracts the virus due to his multiple sclerosis. While Dixon did not provide medical records to support his statements, the records supplied by the Government confirm this diagnosis. The records also indicate that his symptoms include leg spasms and poor balance due to muscle fatigue.

Although the Court is sympathetic to Dixon's concern regarding the virus, the Court finds that these medical conditions are not sufficiently serious to justify release. Moreover, there is no indication that BOP is unable to address Defendant's health concerns. Defendant is provided health care at FCI Butner Medium II and is also able to obtain specialized services at FMC Butner, a

---

[1] COVID-19 Cases, Federal Bureau of Prisons, https://www.bop.gov/coronavirus/ (last visited Jan. 21, 2021).

nearby medical facility. Thus, it appears to this Court that the facility is managing the care of inmates testing positive in a satisfactory manner. As such, the Court do not constitute "extraordinary and compelling" reasons for release **DENIES** the motion.

The Court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

        ENTER:     January 22, 2021

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE